**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

EDILBERTO FLORES CASTRO,     :     Civil No. 1:26-CV-01396

        :

     Petitioner,     :

        :

     v.     :

        :

WARDEN, PIKE COUNTY     :

CORRECTIONAL FACILITY,     :

        :

     Respondent.     :     Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 16th day of June, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

3) An individualized bond hearing shall be held before an immigration judge as soon as possible but no later than **June 30, 2026**.

4) Petitioner shall file a status report by **July 14, 2026** to advise the court of the status of the bond hearing.

     s/Jennifer P. Wilson
     JENNIFER P. WILSON
     United States District Judge
     Middle District of Pennsylvania