### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDILBERTO FLORES CASTRO,           :        Civil No. 1:26-CV-01396
                                   :
    Petitioner,                    :
                                   :
    v.                             :
                                   :
WARDEN, PIKE COUNTY                :
CORRECTIONAL FACILITY,             :
                                   :
    Respondent.                    :        Judge Jennifer P. Wilson

### MEMORANDUM

On June 16, 2026, the court entered a memorandum and order granting Petitioner's petition for writ of habeas corpus.  (Docs. 8, 9.)  The court ordered a new individualized bond hearing before an immigration judge and required Petitioner to file a status report to update the court on the bond hearing.  (Doc. 9.)  Because of this, the court did not enter judgment or close the case at that time.  Petitioner has not filed a status report indicating the outcome of the bond hearing.  Accordingly, the court views Petitioner's silence as resolution of the issue and will now issue an appropriate order entering judgment in favor of Petitioner and closing this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Date:  July 21, 2026